**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>           Plaintiff,<br><br>    v.<br><br>IVY L. FONTENOT, et al.,<br><br>           Defendants. | Case No. 2:12-cv-2538-ODW(SHx)<br><br>**ORDER REMANDING CASE TO STATE COURT** |

After considering Defendant Fontenot's notice of removal, the Court finds no removal jurisdiction under 28 U.S.C. § 1441.  A defendant may not remove a case from state court to federal court if the defendant is a citizen of the state in which the action is brought.  28 U.S.C. § 1441(b)(2); *Spencer v. United States Dist. Court*, 393 F.3d 867, 870 (9th Cir. 2004).  Defendants do not claim that federal jurisdiction exists, and the Court finds no grounds for such an assertion.

Accordingly, the Court **REMANDS** this case to the Superior Court of the State of California, County of Los Angeles, the court in which the case was originally filed.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 18, 2012

_____
**HON. OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**